

OFFICE OF THE ATTORNEY GENERAL  
STATE OF INDIANA

302 W. WASHINGTON ST. 5TH FLOOR  
INDIANAPOLIS, IN 46204-2770

# TODD ROKITA
ATTORNEY GENERAL

BY UNITED STATES MAIL

U.S.C.A. – 7th Circuit  
RECEIVED  
FEB 12 2026    4

Christopher Conway  
Clerk of Court  
Attention: Frank Insalaco  
United States Court of Appeals for the Seventh Circuit  
Everett McKinley Dirksen United States Courthouse  
219 S. Dearborn Street, Room 2722  
Chicago, IL 60604

    Re: *Brian Vukadinovich v. Richard A. Posner*, Appeal No. 25-2039

Dear Mr. Conway,

    The Office of the Indiana Attorney General received the "Written Notice Questioning Constitutionality of a State Statute" dated January 16, 2026 in the above-referenced matter. After review, the Indiana Attorney General does not believe that this case presents a substantial challenge to the constitutionality of Indiana Code § 32-21-1-1(b)(5) and does not plan to request to intervene for purposes of defending the statute. The State will, of course, file a brief if requested by the Court.

                                             Respectfully submitted,

                                             THEODORE E. ROKITA  
                                             Indiana Attorney General  
                                             Attorney No. 18857-49

                                             Benjamin M.L. Jones  
                                             Attorney No. 29976-53  
                                             Section Chief, Civil Appeals

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA  
Indiana Government Center South  
302 West Washington Street, Fifth Floor  
Indianapolis, Indiana 46204-2770  
Telephone: 317-234-6685 / 317-522-9814  
Benjamin.Jones@atg.in.gov

OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA



302 W. WASHINGTON ST. 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

Copy to:

Brian Vukadinovich
1129 E. 1300 N.
Wheatfield, Indiana 46392

TODD ROKITA
ATTORNEY GENERAL

Justin M. Ellis
Steven F. Molo
Kenneth E. Notter, III
MOLO LAMKEN LLP
Suite 5350
300 N. LaSalle Street
Chicago, IL 60654-3423

David J. Breach
EICHORN & EICHORN, LLP
Suite 100
2929 Carlson Drive
Hammond, IN 46323